IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY DERSHEM, et al

                          CIVIL ACTION: 10-1128

     v.

BARBOUR INTERNATIONAL, INC.

### TELEPHONIC STATUS SETTLEMENT CONFERENCE SCHEDULING ORDER

      Please be advised that a TELEPHONIC SETTLEMENT/status conference in the above-captioned case is scheduled for **WEDNESDAY, OCTOBER 27, 2010, AT 3:30 P.M.** before the Honorable Henry S. Perkin United States Magistrate Judge.

      The Court directs Atty. Daniel Deluca  to initiate the call to all Counsel involved. Conference call contact number is **610-434-3823**.

      COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME AND DATE STATED ABOVE.

      FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

      **CONTINUANCE REQUESTS SHOULD BE MADE WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE.  CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.  PLEASE SEE JUDGE PERKIN'S SETTLEMENT PROCEDURES AT www.paed.uscourts.gov.**

      Counsel are further directed to complete the enclosed Settlement Conference Summary and return it to Chambers on or before **WEDNESDAY, OCTOBER 20, 2010, AT NOON.** (Fax is acceptable - 610-434-5152)

                          /S HENRY S. PERKIN
                          HENRY S. PERKIN
                          UNITED STATES MAGISTRATE JUDGE
                          FOR INFORMATION CONTACT:
                          Chambers:
                          Phone: 610 -434-3823
                          Fax:  610 - 434-5152

Date:  October 5, 2010
cc:  Daniel Deluca, Esq.
     W. Kelly McWilliams, Esq.

## SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____ JURY/NONJURY

TRIAL/POOL DATE: _____ (Circle One)

TRIAL COUNSEL ATTENDING SETTLEMENT CONFERENCE:

      Name: _____

      Address:_____

      Phone: _____ FAX: _____

     Client: _____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS/DEMANDS: _____

_____

ATTACH SYNOPSIS OF CASE (LIMITED TO TWO PAGES)

COUNSEL IS ASKED TO STRICTLY ADHERE TO THE STANDARD DIRECTIVES

SET FORTH IN JUDGE PERKIN'S POLICIES AND PROCEDURES.